IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 2:22-cr-129 |
| SEAN RYAN MCKENZIE | [UNDER SEAL] |

ARRAIGNMENT PLEA

Defendant SEAN RYAN MCKENZIE

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)